IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**GARY KEITH THOMPSON, ET AL.**                              **PLAINTIFFS**
**VS.**                        **CIVIL ACTION NO. 3:04CV837-WHB-JCS**
**SANDERSON FARMS, INC.**                                 **DEFENDANT**

**and**

**DARNELL AMOS, ET AL.**                                 **PLAINTIFFS**
**VS.**                        **CIVIL ACTION NO. 3:04CV839-WHB-JCS**
**SANDERSON FARMS**                                     **DEFENDANT**

**and**

**ARTHUR BAKER, ET AL.**                                 **PLAINTIFFS**
**VS.**                        **CIVIL ACTION NO. 3:04CV840-WHB-JCS**
**SANDERSON FARMS**                                       **DEFENDANT**

<u>ORDER</u>

This cause is before the Court on:

1) Defendant's Motion to Take IMEs of Plaintiffs and Motion to Extend Expert Designation Deadline;[1] and

2) Plaintiffs' Emergency Motion for Decision by District Judge on Urgent Matter.[2]

In the Motion for IMEs, Defendant seeks to conduct IMEs on a total of eighteen of the Plaintiffs in the three above referenced causes.

---

[1] This Motion is docket entry no. 252 in cause no. 3:04cv837, docket entry no. 106 in cause no. 3:04cv839, and docket entry no. 107 in cause no. 3:04cv840.

[2] This Motion is docket entry no. 254 in cause no. 3:04cv837, docket entry no. 113 in cause no. 3:04cv839, and docket entry no. 109 in cause no. 3:04cv840.

The IMEs are to be performed by Dr. Mark C. Webb, a psychiatrist. The examinations will pertain to Plaintiffs' claims of emotional distress in this case. Defendant also seeks an extension of its expert designation of Dr. Webb until June 22, 2006. Through Plaintiffs' Motion, they seek expedited consideration of Defendant's Motion, to which Plaintiffs object.

The Court finds that Defendant is entitled to perform IMEs on the eighteen Plaintiffs in question, given the facts of this case. The IMEs are to be preformed _at reasonable locations chosen by Plaintiffs_.[3] With regard to revisions to the Scheduling Order, the following dates now control:

| | |
|---|---|
| June 16, 2006: | Defendant's expert designation deadline |
| June 23, 2006: | discovery deadline, other than Plaintiffs' deposition of Dr. Webb |
| June 30, 2006: | overall discovery deadline |
| July 5, 2006: | dispositive motion deadline |

All _other_ deadlines and event dates previously established by the Court continue to control.

IT IS THEREFORE ORDERED that Defendant's Motion to Take IMEs of Plaintiffs and Motion to Extend Expert Designation Deadline is hereby granted under the parameters set forth above.

---

[3]The Court is of the understanding that most of the Plaintiffs live in or around McComb, Mississippi, and that most of the Plaintiffs are of limited financial means. Therefore, "reasonable locations" in the context of this Order include the McComb area or the Jackson area.

IT IS FURTHER ORDERED that Plaintiffs' Emergency Motion for Decision by District Judge on Urgent Matter is hereby granted.

SO ORDERED this the 4th day of May, 2006.

s/ William H. Barbour, Jr.<br>UNITED STATES DISTRICT JUDGE

tct